SOLTMAN, LEVITT, FLAHERTY & WATTLES, LLP
Robert Lane Morris, Esq. (SBN 106539)
rmorris@slfesq.com
2535 Townsgate Road, Suite 307
Westlake Village, CA 91361
Ph: 805-497-7706
Fax: 805-497-1147

Attorneys for Plaintiff PHILADELPHIA INDEMNITY INSURANCE COMPANY

TROUTMAN SANDERS LLP
Terrence R. McInnis, Esq. (SBN 155416)
terrence.mcinnis@troutmansanders.com
Becki F. Kieffer, Esq. (SBN 197773)
becki.kieffer@troutmansanders.com
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Ph:  949-622-2700
Fax:  949-622-2739

Attorneys for Defendant TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA,<br><br>         Defendant. | Case No. SACV06-1194 DMG(ANx)<br>Honorable Judge Dolly M. Gee<br><br><br><br>**ORDER**<br><br>**[34]**<br><br>**JS-6** |

IT IS HEREBY ORDERED that this action be dismissed with prejudice. Each party to bear its own fees and costs.

1033776v1

[PROPOSED] ORDER

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

3  Dated: March 5, 2010

4  _____
   DOLLY M. GEE
5  UNITED STATES DISTRICT JUDGE